UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| HARVEY TYRIK ROBINSON | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 10-CV-00098-HRW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

***** ***** ***** *****

In accordance with the Memorandum Opinion and Order entered this date and

pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of the United States of America.

(2)    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause

for delay.

(3)    The Court **CERTIFIES** that any appeal would not be taken in good faith.

(4)    This matter **IS STRICKEN** from the Court's active docket.

This __3__ day of January, 2011.

_____
HENRY R. WILHOIT, JR.
SENIOR U.S. DISTRICT JUDGE